JOHN MALLOY v. FRANK CLANCY.   MARY AMELIA MALLOY v. FRANK CLANCY. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 15, 1928.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WALTER WHITE.— Motion to dismiss appeal granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAM ZORFAS.— Motion to dismiss appeal granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BAILEY.— Motion to dismiss appeal granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BELVA TREBA and Others.— Motion to dismiss appeal granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT V. SANTANGELO, etc., and Others v. VINCENT SELLARO, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. · Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAWRENCE COHEN, an Infant, etc., v. LANIGAN BROS., INC.   WILLIAM COHEN v. LANIGAN BROS., INC.— Motion to dismiss appeal denied, with leave to renew if appellant's points be not promptly served.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY E. GREIMS and Others v. VICTOR E. GARTZ.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS WEISS, an Infant, etc., v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK CENTRAL RAILROAD COMPANY v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM CHOPAK v. AARON BENOWITZ.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INGOMAR GOLDSMITH and Others v. AL H. GREENE.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIA WEISS, as Administratrix, etc., of IGNATZ WEISS, Deceased, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BARRON-HUBERT CO., INC., v. ARNOLD SCHLEIFER and JOSEPH M. BRODY.— Application denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FIRST NATIONAL BANK OF PALMYRA v. HYMAN JACOBS.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.